UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>   v.<br><br>ANTHONY S. WONG and MANDY TANG WONG,<br><br>           Defendants. | 2:06-cv-1329-GEB-KJM<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

       Plaintiff's Status Report filed August 28, 2006, states that "[a]ll named parties have been served, but have not answered." (Pl.'s Status Report at 2.) Nevertheless, Plaintiff's Status Report indicates that this action may be fully scheduled. Plaintiff has not shown that the schedule he proposes should be adopted because Plaintiff has not demonstrated he is authorized to litigate this action other than by way of default proceedings. With the exception of the tentative statement that "Plaintiff may submit a request for Clerk's Entry of Default if Defendant does not show or respond to Plaintiff's Complaint[,]" Plaintiff's Status Report is devoid of any discussion of default proceedings. (<u>Id.</u>) Since Plaintiff has not

shown that he may litigate this action apart from compliance with default procedures, the Status (Pretrial Scheduling) Conference set for September 11, 2006, is rescheduled to commence at 9:00 a.m. on November 20, 2006.  Plaintiff shall file a further status report no later than November 6, 2006, in which he explains what he has done to prosecute this action.  If, when that filing is due, the status of this action is the same as it is now, Plaintiff must also explain in that filing why this action should not be dismissed for his failure to prosecute it.

IT IS SO ORDERED.

Dated:  September 1, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge